## MATSON *v.* JONES and Others.

*Wednesday,
December 14.*

APPEAL from the *Vermillion* Court of Common Pleas.

*Per Curiam.*—In this case, no brief has been filed by either party.   The errors assigned on the record are, therefore, considered as waived.   See rule 28 of this Court; Perk. Pr. 331.

The judgment is affirmed with costs.

*S. B. Gookins*, for the appellant.

*E. S. Terry*, for the appellees.